IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:21CR 109 -1
:
JAVIER [NMN] PELAGIO :
also known as Javier Pelagio Morales :

The Grand Jury charges:

On or about March 19, 2021, in the County of Lee, in the Middle District of North Carolina, JAVIER [NMN] PELAGIO knowingly and intentionally did unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: March 29, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

BY: RANDALL S. GALYON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON